Carolyn A. Anderson, SBN 145628
ANDERSON BRADLEY KRANT, PC
450 Siskiyou Blvd., Suite 3
Ashland, OR 97520
Telephone: 541.488.1225
Facsimile: 541.488.4225
e-mail: Anderson@ABKLegal.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA OTTINGER,<br><br>        Plaintiff,<br><br>Vs.<br><br>SISKIYOU HOSPITAL, INC., d/b/a<br>FAIRCHILD MEDICAL CENTER,<br><br>        Defendant. | Case No.: 2:05-CV-01884-GEB-KJM<br><br>NOTICE OF SUBSTITUTION OF ATTORNEY and ORDER THEREON |

TO THE CLERK OF THE COURT AND TO ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Law Office of Carolyn Anderson hereby withdraws as the attorney of record for plaintiff Linda Ottinger, and shall be substituted as the attorney of record by:

>Carolyn A. Anderson, SBN 145628
>ANDERSON BRADLEY KRANT, P.C.
>450 Siskiyou Blvd., Suite 3
>Ashland, OR 97520
>Telephone: 541.488.1225
>Facsimile: 541.488.4225
>E-mail: Anderson@ABKLegal.com

-- Substitution of Attorney –                                                                                              Page 1

1 | I consent to the above substitution.

2 | LAW OFFICE OF CAROLYN ANDERSON

4 | By:    /s/ Carolyn A. Anderson          Date: May 13, 2006
          Carolyn A. Anderson

6 | I accept the above substitution.

7 | ANDERSON BRADLEY KRANT, P.C.

9 | By:    /s/ Carolyn A. Anderson          Date:  May 13, 2006
          Carolyn A. Anderson

11 | I consent to the above substitution.

13 |   /s/  Linda C. Ottinger              Date:  May 13, 2006
        Plaintiff Linda Ottinger

## ORDER

The above Substitution is approved.

IT IS SO ORDERED.

DATED:  June 8, 2006

                                        /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com

1 | I consent to the above substitution.

2 | LAW OFFICE OF CAROLYN ANDERSON

4 | By:    /s/ Carolyn A. Anderson          Date: May 13, 2006
          Carolyn A. Anderson

6 | I accept the above substitution.

7 | ANDERSON BRADLEY KRANT, P.C.

9 | By:    /s/ Carolyn A. Anderson          Date:  May 13, 2006
          Carolyn A. Anderson

11 | I consent to the above substitution.

13 |   /s/  Linda C. Ottinger              Date:  May 13, 2006
        Plaintiff Linda Ottinger

## ORDER

The above Substitution is approved.

IT IS SO ORDERED.

DATED:  June 8, 2006

                                        /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com