1

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  LINDA OTTINGER,                )
                                   )        2:05-cv-1884-GEB-KJM
13              Plaintiff,         )
                                   )
14        v.                       )        ORDER RE: SETTLEMENT
                                   )        AND DISPOSITION
15  SISKIYOU HOSPITAL, INC., dba   )
    FAIRCHILD MEDICAL CENTER,      )
16                                 )
                Defendant.         )
17  _____)

18

19          On April 9, 2007, Plaintiff filed a Notice of Settlement

20  notifying the Court "that the parties have agreed to settle the

21  above matter," and "request[ing] that the matter be removed from

22  the court's trial calendar."  Plaintiff indicates that she "will

23  file a formal Request for Dismissal and all associated settlement

24  documents no later than April 29, 2007."  Therefore, a

25  dispositional document shall be filed no later than April 29, 2007.

26  Failure to respond by this deadline may be construed as consent to

27  dismissal of this action without prejudice, and a dismissal order

28  could be filed.  See L.R. 16-160(b) ("A failure to file

dispositional papers on the date prescribed by the Court may be
grounds for sanctions.").

        The trial is rescheduled to commence October 23, 2007 at
9:00 a.m.[1]

        IT IS SO ORDERED.

Dated:  April 10, 2007


                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

---

        [1]   The trial will remain on calendar because the mere
representation that an action has been settled does not justify removal
of the action from a district court's trial docket.  Cf. Callie v. Near,
829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that
claims have been settled does not necessarily establish the existence of
a binding settlement agreement).